# United States Bankruptcy Court
## Eastern District of Michigan

In re    **INTERACTIVE HEALTH BENEFITS LLC**      Case No. _____
                             Debtor(s)      Chapter    **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

     Name: _____
     Address: _____

**(For additional names, attach an addendum to this form)**

■ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    April 16, 2024          */s/ Todd Covert*
                                   Signature of Authorized Individual
                                   For Corporation Debtor

                                   Todd Covert
                                   Print Name

                                   Chief Executive Officer and Sole Member
                                   Title