Fill in this information to identify the case and this filing:

Debtor Name __Interactive Health Benefits LLC__

United States Bankruptcy Court for the: __Eastern__   District of __Michigan__
(State)

Case number (*If known*): __24-43778__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 16, 2024__     ✘ __/s/ Todd Covert_____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

__Todd Covert_____
Printed name

__Chief Executive Officer and Sole Member__
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Interactive Health Benefits LLC |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number (If known): | 24-43778 |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jerry Dagenais<br>1101 Dear Path Trail<br>Oxford, MI 48371 | Email: captnhk@aol.com<br>Phone: 248-890-6674 | Judgment | Disputed | | | $2,481,882.53 |
| 2 | American Express<br>P.O. Box 60189<br>City of Industry, CA 91716 | Phone: 800-472-9297 | Credit Card | | | | $27,260.00 |
| 3 | Softura<br>23570 Haggerty Rd<br>Farmington Hills, MI 48335 | Email: accountsreceivable@softura.com<br>Phone: 248-859-4987 | Trade Debt | | | | $24,500.00 |
| 4 | Microsoft Azure<br>1 Microsoft Way<br>Redmond, WA 98052 | Email: v-nirakshnaj@microsoft.com | Trade Debt | | | | $23,000.00 |
| 5 | ZoHo Corp<br>PO Box 894926<br>Los Angeles, CA 90189 | Phone: 925-924-9500 | Trade Debt | | | | $10,800.00 |
| 6 | Deevita PaaS Migration<br>8201 164th Ave NE, Suite 200<br>Redmond, WA 98052 | Email: palanip@deevita.com<br>Phone: 425-502-5094 | Vendor | | | | $7,474.00 |
| 7 | Access Point Consulting<br>6081 Hamilton Blvd., Suite 600<br>Allentown, PA 18106 | Email: mpowell@accesspointconsulting.com<br>Phone: 610-541-2798 | Vendor | | | | $4,766.67 |
| 8 | Google GSuite<br>1600 Amphitheatre Parkway<br>Mountie View, CA 94943 | Phone: 650-253-0000 | Vendor | | | | $1,199.96 |

| | Debtor | Integrated Health Services LLC | | Case number (if known) | 24-43778 | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mutual of Omaha<br>3301 Dodge Street<br>Omaha, NE 68131 | Phone: 800-775-6000 | Trade Debt | | | | $795.70 |
| 10 | Gusto Payroll Service<br>525 20th Street<br>San Francisco, CA  94107 | Phone: 800-936-0383 | Payroll Services | | | | $580.00 |
| 11 | Sharefile/Citrix<br>621 Hillsborough St, Suite 700<br>Raleigh, NC  27603 | Phone: 800-424-8749 | Trade Debt | | | | $578.50 |
| 12 | Vonage<br>P.O Box 23887<br>New York, NY  10087 | Phone: 678-608-3976 | Trade Debt | | | | $343.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |