# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Case No. 24-43778-mlo |
| | Judge Maria L. Oxholm |
| INTERACTIVE HEALTH BENEFITS LLC, | Chapter 11 |
| d/b/a ACA Track, LLC, | *Subchapter V* |
| Debtor. | |

## ORDER SCHEDULING HEARING ON DEBTOR'S FIRST DAY MOTIONS

The Debtor has filed the following First Day Motions:

- First Day Motion of Debtor for Entry of an Order (I) Authorizing Debtor to Pay Certain Prepetition Taxes and Related Obligations and (II) Authorizing Banks to Honor and Process Checks and Transfers Relating to Such Prepetition Taxes and Related Obligations [Docket No. 7];
- First Day Motion of Debtor For an Order (I) Authorizing Continued Use of Existing Cash Management System, (II) Authorizing Maintenance of Existing Bank Accounts, and (III) Authorizing Continued Use of Existing Business Forms [Docket No. 8]; and
- First Day Motion of Debtor For an Order Authorizing: (A) Payment Of Prepetition Employee Wages, Salaries, and Other Compensation; (B) Reimbursement of Prepetition Employee Business Expenses; (C) Payments For Which Prepetition Payroll and Tax Deductions Were Made; (D) Payment To Third Parties of All Costs and Expenses Incident To The Foregoing Payments And Contributions; and (E) Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtor's Payroll Accounts to Make the Foregoing Payments [Docket No. 9].

**IT IS HEREBY ORDERED** that the Court will conduct a hearing on the First Day Motions on **Monday April 22, 2024 at 10:00 a.m.** before the Honorable Maria L. Oxholm. The hearing will be conducted by telephone. Consistent with the Notice of Audio Conferencing Pilot for Judge Oxholm dated November 6, 2023,

effective immediately and until further notice, Judge Oxholm will conduct all conferences, non-evidentiary hearings and other matters designated by the Court by telephone.  **At least five minutes before the scheduled time for hearing, counsel and parties should call (202) 503-1666 and use Access Code 966805625#.** Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

**IT IS HEREBY FURTHER ORDERED** that the Debtor shall serve a copy of this Order on all interested parties and file a Certificate of Service regarding same by April 17, 2024.

**Signed on April 17, 2024**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**