Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __May 11, 2024__         ✗ __/s/ Todd Covert_____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                       __Todd Covert_____
                                       Printed name

                                       __Chief Executive Officer and Sole Member__
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Interactive Health Benefits LLC

United States Bankruptcy Court for the: Eastern District of Michigan (State)

Case number (If known): 24-43778

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ......................................................................................................... $ 1,281,549.46

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................................................................... $ 1,281,549.46

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.............................................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................. +$ 2,810,610.81

4. **Total liabilities**................................................................................................................................................. $ 2,810,610.81
   Lines 2 + 3a + 3b

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Fifth Third Bank | Checking | 9 4 8 5 | $ 1,030,203.64 |
| 3.2. Fifth Third Bank | Money Market | 4 1 2 6 | $ 26,954.90 |

4. **Other cash equivalents** *(Identify all)*
   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**  $ 1,057,158.54
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____  $ _____
   7.2. _____  $ _____

Debtor: Interactive Health Benefits LLC  
Case number (if known): 24-43778

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   - 8.1. Hiscox Insurance (repayment for insurance premium - Business Owners) — $60.83
   - 8.2. See continuation sheet — $34,138.27

9. **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. — $34,199.10

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☐ No. Go to Part 4.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    | | face amount | doubtful or uncollectible accounts | | Current value |
    |---|---|---|---|---|
    | 11a. 90 days old or less: | 197,768.69 | 19,776.87 | = → | $177,991.82 |
    | 11b. Over 90 days old: | 1,550.00 | 1,550.00 | = → | $0.00 |

12. **Total of Part 3** Current value on lines 11a + 11b = line 12. Copy the total to line 82. — $177,991.82

## Part 4: Investments

13. **Does the debtor own any investments?**
    - ☐ No. Go to Part 5.
    - ☑ Yes. Fill in the information below.

    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    - 14.1. _____ _____ $_____
    - 14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | 15.1. IHB Holding, LLC | 70 % | _____ | $ Unknown |
    | 15.2. | % | _____ | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    - 16.1. West Bend Insurance - ERISA Bond (401(k) Plan) _____ $ Unknown
    - 16.2. _____ _____ $_____

17. **Total of Part 4** Add lines 14 through 16. Copy the total to line 83. — $0.00

Debtor  Interactive Health Benefits LLC  Case number (*if known*) 24-43778
        Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**                                                                                                              $_____
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Official Form 206A/B          Schedule A/B: Assets — **Real and Personal Property**          page **3**

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Laptop computers | $_____ | online appraisal | $ 12,200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $ 12,200.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor  Interactive Health Benefits LLC  Case number (if known) 24-43778
        Name

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☑ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____ $_____ _____ $_____
    47.2 _____ $_____ _____ $_____
    47.3 _____ $_____ _____ $_____
    47.4 _____ $_____ _____ $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____ $_____ _____ $_____
    48.2 _____ $_____ _____ $_____

49. **Aircraft and accessories**

    49.1 _____ $_____ _____ $_____
    49.2 _____ $_____ _____ $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____ $_____ _____ $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                        $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

# Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☑ No. Go to Part 10.
    - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**  $_____

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☐ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

# Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>acatrack.net | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer and Mailing Lists | $_____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>Proprietary software | $_____ | _____ | $ Unknown |
| 65. **Goodwill**<br>Goodwill | $_____ | _____ | $ Unknown |

66. **Total of Part 10.**  $ 0.00

    Add lines 60 through 65. Copy the total to line 89.

| Debtor | Interactive Health Benefits LLC | Case number (if known) | 24-43778 |
|---|---|---|---|
| | Name | | |

### Part 11: All other assets

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☒ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☒ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    
    Total face amount: 0.00 − doubtful or uncollectible amount: 0.00 = $ 0.00

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    
    Tax year _____ $ _____
    Tax year _____ $ _____
    Tax year _____ $ _____

73. **Interests in insurance policies or annuities**
    See continuation sheet
    $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    ACA Track LLC v. Dagenais, No. 370205, Court of Appeals for MI
    $ Unknown
    Nature of claim: Appeal of judgment
    Amount requested: $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    
    $ _____
    Nature of claim: _____
    Amount requested: $ _____

76. **Trusts, equitable or future interests in property**
    
    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    
    $ _____
    $ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.
    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

| Debtor | Interactive Health Benefits LLC | Case number (if known) | 24-43778 |
|---|---|---|---|
| | Name | | |

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,057,158.54 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $34,199.10 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $177,991.82 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $12,200.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ...............➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ................91a. | $1,281,549.46 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................... | 1,281,549.46 | $1,281,549.46 |

Official Form 206A/B              Schedule A/B: Assets — Real and Personal Property              page **8**

## Continuation Sheet for Official Form 206 A/B

**8) Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| General description | Current value |
|---|---|
| Google (prepayment for subscription for services) | $1,199.96 |
| Adobe (prepayment for subscription for services) | $208.33 |
| Vonage (prepayment for services) | $343.00 |
| Freshworks (prepayment for subscription for services) | $147.00 |
| Citrix/Sharefile (prepayment for services) | $1,298.21 |
| Accident Fund Insurance Company of America (prepayment of insurance premiums) | $1,011.00 |
| California Department of Tax & Fee Administration (prepayment of franchise tax) | $800.00 |
| ZoHo Corporation (prepayment for services) | $900.00 |
| USPS (prepayment for P.O. Box) | $256.00 |
| Lead411 (prepayment for services) | $711.00 |
| Society of Human Resources Manager (prepayment for services) | $439.00 |
| Basecamp (prepayment for subscription for services) | $180.00 |
| KnowBe4 (prepayment for services) | $1,976.00 |
| TMetric (prepayment for services) | $1,610.00 |
| Citrix/Sharefile (prepayment for services) | $578.50 |
| CNA Insurance (prepayment on insurance premiums) | $2,824.90 |
| United Direct Solutions (prepayment for services) | $12,376.75 |
| At-Bay Insurance (prepayment of insurance premiums) | $5,328.12 |
| Hiscox Insurance (repayment for insurance premium – professional liability) | $1,950.50 |

## Continuation Sheet for Official Form 206 A/B

**73) Interests in insurance policies or annuities**

| General description | Current value |
|---|---|
| Accident Fund Insurance Company of America – Workers' Compensation Policy, Policy No. –2443 | Unknown |
| At–Bay Specialty Insurance Company – Cyber Insurance Policy, Policy No. –26–02 | Unknown |
| Hiscox Insurance Company Inc. – Professional Liability (US Direct Errors and Omissions), Policy No. –221.9) | Unknown |
| Hiscox Insurance Company Inc. – Business Owners Policy, Policy No. – 404.9 | Unknown |
| CNA Insurance – Employed Lawyers Policy –7352 | Unknown |

**Fill in this information to identify the case:**

Debtor name: Interactive Health Benefits LLC

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (If known): 24-43778

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.1 Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**2.2 Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $_____

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Interactive Health Benefits LLC |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number (If known) | 24-43778 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**
Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Taxes & Other Government Units

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Total claim: $ Undetermined
Priority amount: $_____

**2.2**
Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Total claim: $_____
Priority amount: $_____

**2.3**
Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Total claim: $_____
Priority amount: $_____

Debtor: Interactive Health Benefits LLC  
Case number (if known): 24-43778

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address  
Access Point Consulting  
6081 Hamilton Boulevard  
Suite 600  
Allentown, PA, 18106

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,500.00

Date or dates debt was incurred: 4/2024  
Last 4 digits of account number: ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.2** Nonpriority creditor's name and mailing address  
American Express  
PO Box 60189  
City Of Industry, CA, 91716

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: Credit Card Debt

$ 27,260.00

Date or dates debt was incurred: 3/2024  
Last 4 digits of account number: ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.3** Nonpriority creditor's name and mailing address  
DeeVita PaaS Migration  
8201 164th Ave NE  
Suite 200  
Redmond, WA, 98052

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: Services

$ 27,944.50

Date or dates debt was incurred: 4/2024  
Last 4 digits of account number: ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.4** Nonpriority creditor's name and mailing address  
Gusto Payroll Service  
525 20th street  
San Francisco, CA, 94107

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: Services

$ 540.00

Date or dates debt was incurred: 4/2024  
Last 4 digits of account number: ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.5** Nonpriority creditor's name and mailing address  
Jerry Dagenais  
1101 Deer Path Trail  
Oxford, MI, 48371

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☑ Disputed

Basis for the claim: Judgment

$ 2,693,287.11

Date or dates debt was incurred: 1/17/2024  
Last 4 digits of account number: ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.6** Nonpriority creditor's name and mailing address  
Microsoft Azure  
6880 Sierra Center Parkway  
Dept. 551, Volume Licensing  
Reno, NV, 89511

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 11,955.00

Date or dates debt was incurred: 4/2024  
Last 4 digits of account number: ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**Debtor** Interactive Health Benefits LLC  
Name

Case number (*if known*) 24-43778

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 7 **Nonpriority creditor's name and mailing address**
Mutual of Omaha
3301 Dodge Street
Omaha, NE, 68131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 795.70

**Date or dates debt was incurred** 4/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8 **Nonpriority creditor's name and mailing address**
Sharefile/Citrix
621 Hillsborough St
Suite 700
Raleigh, NC, 27603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 578.50

**Date or dates debt was incurred** 04/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** 9 **Nonpriority creditor's name and mailing address**
Softura
23570 Haggerty Rd
Farmington, MI, 48335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 45,750.00

**Date or dates debt was incurred** 3/2024 - 4/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** ___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
No
☐ Yes

Debtor   Interactive Health Benefits LLC                                     Case number (*if known*) 24-43778
         Name

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,810,610.81 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 2,810,610.81 |

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Todd Covert | 3776 Sleeth Road<br>Commerce Township, MI 48382 | American Express | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |