B25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re:  Case Number: 24-43778-mlo

Interactive Health Benefits, LLC.,  Subchapter V Chapter 11

Debtor.  Hon. Maria L. Oxholm

_____/

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __April 16-April 30, 2024__  Date Filed: __5/20/24__

Line of Business: __1095C/1094C reporting services__  NAICS Code: __541990__

**IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.**

**RESPONSIBLE PARTY:**

_/s/ Todd Covert_
Original Signature of Responsible Party

Todd Covert
Printed Name of Responsible Party:

**Questionnaire: (All questions to be answered on behalf of the debtor.)**

1. Is the business still operating? Yes ✓ No ___

2. Have you paid all your bills on time this month? Yes ✓ No ___

3. Did you pay your employees on time? Yes ✓ No ___

4. Have you deposited all the receipts for your business into the DIP account this month? Yes ✓ No ___

5. Have you filed all of your tax returns and paid all of your taxes this month? Yes ✓ No ___

6. Have you timely filed all other required government filings? Yes ✓ No ___

7. Have you paid all of your insurance premiums this month? Yes ✓ No ___

8. Do you plan to continue to operate the business next month? Yes ✓ No ___

9. Are you current on your quarterly fee payment to the U.S. Trustee?  N/A  Yes ___ No ___

10. Have you paid anything to your attorney or other professionals this month?  CPA fees; returned 5/16/24  Yes ✓ No ___
Outstanding check to Wilson Rode ($350) from March cashed on 4/17/24

11. Did you have any unusual or significant unanticipated expenses this month? Yes ___ No ✓

12. Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? Yes ___ No ✓

13. Do you have any bank accounts open other than the DIP account? Yes ___ No ✓

14. Have you sold any assets other than inventory this month? Yes ___ No ✓

15. Did any insurance company cancel your policy this month? Yes ___ No ✓

16. Have you borrowed money from anyone this month? Yes ___ No ✓

17. Have you paid any bills you owed before you filed bankruptcy? Yes ___ No ✓

## TAXES

Do you have any past due tax returns or past due post-petition tax obligations? Yes ___ No ✓

If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

*(Exhibit A)*

## INCOME

Please separately list all of the income you received for the month. The list should include all income from cash and credit transactions. *(The U.S. Trustee may waive this requirement.)*

TOTAL INCOME $ 198,181.83

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month.............................................................................. $ 104,746.88
Cash on Hand at End of Month................................................................................ $ 1,147,610.94
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH
CURRENTLY AVAILABLE TO YOU ................................................................. TOTAL $ 1,147,610.94

*(Exhibit B)*

## EXPENSES

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount. *(The U.S. Trustee may waive this requirement.)*

**TOTAL EXPENSES** $ 114,984.47

*(Exhibit C)*

## CASH PROFIT

Income for the month (total from Exhibit B) .................................................. $ 198,181.83
Expenses for the month (total from Exhibit C) ............................................. $ 114,984.47

*(Subtract line C from line B)*     **CASH PROFIT FOR THE MONTH** ..................... $ 83,197.36

## UNPAID BILLS

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due. *(The U.S. Trustee may waive this requirement.)*

............................................................................................... **TOTAL PAYABLES** $ 69,042.74

*(Exhibit D)*

## MONEY OWED TO YOU

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should include who owes you money, how much is owed and when is payment due. *(The U.S. Trustee may waive this requirement.)*

............................................................................................... **TOTAL RECEIVABLES** $ 193,248.50

*(Exhibit E)*

## BANKING INFORMATION

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*

## EMPLOYEES

Number of employees when the case was filed?    20

Number of employees as of the date of this monthly report?    20

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

Professional fees relating to the bankruptcy case paid during this reporting period? ................................................................................ $ 0

Total professional fees relating to the bankruptcy case paid since the filing of the case? ................................................................ $ 0

*NON-BANKRUPTCY RELATED:*

Professional fees paid not relating to the bankruptcy case paid during this reporting period? ... outstanding check from March to Wilson Rode cashed 4/17 $ 350
    *$14,070 paid 4/26/24 to Zigo Accounting. $14,070 refunded 5/16/24

Total professional fees paid not relating to the bankruptcy case paid during this reporting period? ................................................................ $ 350

## PROJECTIONS

Compare your actual income and expenses to the projections for the first 180 days of your case provided at the initial debtor interview.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 198,181.83 | $ 198,181.83 | $ - |
| EXPENSES | $ 114,984.47 | $ 114,984.47 | $ - |
| CASH PROFIT | $ 83,197.36 | $ 83,197.36 | $ - |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: ................................................ $ 495,000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: .......................................... $ 210,000

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: ................................. $ 285,000

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Interactive Health Benefits
## Operating Statement(P&L) Case No: 24-43778-mlo
### April 16 - 30, 2024

|  | Current Period | Total Since Filing |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 40000 · Service Income | 186,012.90 | 186,012.90 |
| **Total Income** | 186,012.90 | 186,012.90 |
| **Cost of Goods Sold** | 77,967.28 | 77,967.28 |
| **Gross Profit** | 108,045.62 | 108,045.62 |
| **Expense** | | |
| A71100 · Officer Wages | 36,577.39 | 36,577.39 |
| B75000 · Salary Expenses Other Employees | 30,568.85 | 30,568.85 |
| C65000 · Employee Benefits and Pensions | 2,312.10 | 2,312.10 |
| D72000 · Payroll Taxes | 5,235.58 | 5,235.58 |
| F71500 · Other Taxes | 12,344.00 | 12,344.00 |
| K77000 · Utilities | 361.37 | 361.37 |
| M76500 · Travel & Entertainment | 473.00 | 473.00 |
| O60000 · Advertising | -522.96 | -522.96 |
| P71000 · Supplies, Office Expenses, Ect | 1,500.14 | 1,500.14 |
| **Total Expense** | 88,849.47 | 88,849.47 |
| **Net Ordinary Income** | 19,196.15 | 19,196.15 |
| **Other Income/Expense** | | |
| **Other Income** | | |
| 90200 · Interest Income | 2.60 | 2.60 |
| **Total Other Income** | 2.60 | 2.60 |
| **Other Expense** | | |
| 68500 · Professional Fees | 14,271.00 | 14,271.00 |
| **Total Other Expense** | 14,271.00 | 14,271.00 |
| **Net Other Income** | -14,268.40 | -14,268.40 |
| **Net Income** | 4,927.75 | 4,927.75 |

# Interactive Health Benefits
## Balance Sheet-Case No: 24-43778-mlo
### As of April 30, 2024

|  | Current Month | Prior Month | At Filing |
|---|---:|---:|---:|
|  | 4/30/2024 | 4/15/2024 | 4/15/2024 |
| **ASSETS** |  |  |  |
|   **Current Assets** |  |  |  |
|     **Checking/Savings** |  |  |  |
|       10200 · Bank | 520,653.44 | 77,791.98 | 77,791.98 |
|       10300 · Savings | 626,957.50 | 26,954.90 | 26,954.90 |
|     **Total Checking/Savings** | 1,147,610.94 | 104,746.88 | 104,746.88 |
|     **Accounts Receivable** |  |  |  |
|       11000 · Accounts Receivable | 193,248.50 | 203,586.00 | 203,586.00 |
|     **Total Accounts Receivable** | 193,248.50 | 203,586.00 | 203,586.00 |
|   **Total Current Assets** | 1,340,859.44 | 308,332.88 | 308,332.88 |
|   **Fixed Assets** |  |  |  |
|     15100 · Equipment | 26,121.94 | 26,121.94 | 26,121.94 |
|     17100 · Accum Dep Equipment | -26,121.94 | -26,121.94 | -26,121.94 |
|   **Total Fixed Assets** | 0.00 | 0.00 | 0.00 |
|   **Other Assets** |  |  |  |
|     14150 · Investment Account (Interest in Holding Co) | 50,000.00 | 50,000.00 | 50,000.00 |
|   **Total Other Assets** | 50,000.00 | 50,000.00 | 50,000.00 |
| **TOTAL ASSETS** | **1,390,859.44** | **358,332.88** | **358,332.88** |
| **LIABILITIES & EQUITY** |  |  |  |
|   **Liabilities** |  |  |  |
|     **Post-petition Liabilities** |  |  |  |
|       20000 · Accounts Payable | 69,042.74 | 0.00 | 0.00 |
|       23350 · Wages & Salaries Payable | 29,529.04 | 0.00 | 0.00 |
|       23400 · Taxes Payable | 11,387.21 | 0.00 | 0.00 |
|     **Total Post-Petition Liabilities** | 109,958.99 | 0.00 | 0.00 |
|     **Pre-petition Liabilties** |  |  |  |
|       20005 · Taxes & Other Priority Liabilities |  | 41,916.49 | 41,916.49 |
|       20005 · Unsecured Liabilites Pre-Petition | 2,814,115.77 | 2,814,115.77 | 2,814,115.77 |
|     **Total Post-Petition Liabilities** | 2,814,115.77 | 2,856,032.26 | 2,856,032.26 |
|   **Total Liabilities** | 2,924,074.76 | 2,856,032.26 | 2,856,032.26 |
|   **Equity** |  |  |  |
|     39050 · Member Capital | 1,197,122.31 | 237,566.00 | 237,566.00 |
|     39250 · Retained Earings-Pre-petition | -2,735,265.38 | -2,735,265.38 | -2,735,265.38 |
|     39250 · Retained Earings-Post-petition | 4,927.75 | 0.00 | 0.00 |
|   **Total Equity** | -1,533,215.32 | -2,497,699.38 | -2,497,699.38 |
| **TOTAL LIABILITIES & EQUITY** | **1,390,859.44** | **358,332.88** | **358,332.88** |

# SUMMARY OF OPERATIONS

Period Ended: April 30, 2024

Case No: 24-43778-mlo

## Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0 | 8,945.87 | 8,945.87 | 0 |
| State: | 0 | 3,706.48 | 3,706.48 | 0 |
| Local: | 0 | 386.62 | 386.62 | 0 |
| **FICA Withheld:** | 0 | 4,852.77 | 4,852.77 | 0 |
| **Employers FICA:** | 0 | 4,852.77 | 4,852.77 | 0 |
| **Unemployment Tax:** | | | | |
| Federal: | 0 | 0 | 0 | 0 |
| State: | 0 | 99.02 | 99.02 | 0 |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | 0 | 0 | 0 | 0 |
| **Workers' Compensation** | 0 | 91.72 | 0 | 91.72 |
| **Other:** | 0 | 0 | 0 | 0 |
| **TOTALS:** | 0 | 22,935.25 | 22,843.53 | 91.72 |

## AGING OF ACCOUNTS RECEIVABLE AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | 69,042.74 | 0 | 69,042.74 |
| Accounts Receivable | 172,024.18 | 19,417.20 | 1,807.12 |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

N/A

*Form 4*

# MONTHLY CASH STATEMENT

Period Ending: April 30, 2024

Cash Activity Analysis (Cash Basis Only):

Case No: 24-43778-mlo

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 104,746.88 | | | | |
| B. Receipts (Attach separate schedule) | 1,158,181.83 | | | | |
| C. Balance Available (A + B) | 1,262,928.71 | | | | |
| D. Less Disbursements (Attach separate schedule) | 115,317.77 | | | | |
| E. ENDING BALANCE (C - D) | 1,147,610.94 | | | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $ 114,984.47**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

**General Account:**

1. Depository Name & Location: Fifth Third Bank checking and savings Commerce, MI 48382
2. Account Number: checking: -9485    Savings: -4126

**Payroll Account:**

1. Depository Name & Location: Fifth Third checking above
2. Account Number:

**Tax Account:**

1. Depository Name & Location: Fifth Third checking above
2. Account Number:

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

N/A

Date: 5/20/24

Debtor in Possession

Form 5



FIFTH THIRD BANK
(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

INTERACTIVE HEALTH BENEFITS
LLC DBA ACA TRACK LLC
3776 SLEETH RD
COMMERCE TOWNSHIP MI
48382-1670



0

22327

Statement Period Date: 4/1/2024 - 4/30/2024
Account Type: 5/3 BUS ELITE CKG
Account Number: 9485

Banking Center: Haggerty & Pontiac
Banking Center Phone: 248-624-8999
Business Banking Support: 877 534 2264

## Account Summary - 9485

| | | | | |
|---|---|---|---|---|
| 04/01 | Beginning Balance | $165,398.83 | Number of Days in Period | 30 |
| 4 | Checks | $(2,354.50) | | |
| 46 | Withdrawals / Debits | $(951,314.57) | | |
| 82 | Deposits / Credits | $1,310,612.39 | | |
| 04/30 | Ending Balance | $522,342.15 | | |

**Analysis Period: 03/01/24 - 03/31/24**

| | |
|---|---|
| Standard Monthly Service Charge | $50.00 |
| Standard Monthly Service Charge Waived (see below) | -$50.00 |
| WIRE INCOMING STRUCTURED | $15.50 |
| MISCELLANEOUS | $70.00 |
| **Service Charge withdrawn on 04/10/24** | **$85.50** |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $50,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card PLUS has one of the following: Electronic Deposit Manager OR Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $296,486.00 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

## Checks

4 checks totaling $2,354.50

*Indicates gap in check sequence    i = Electronic Image    s = Substitute Check*

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9323 i | 04/23 | 625.00 | 9325 i | 04/17 | 350.00 | 9326 i | 04/23 | 1,241.50 |
| 9324 i | 04/09 | 138.00 | | | | | | |

## Withdrawals / Debits

46 items totaling $951,314.57

| Date | Amount | Description |
|---|---|---|
| 04/01 | 55.00 | WEB INITIATED PAYMENT AT IntegraPay LLC 8445175981 040124 |
| 04/02 | 1,200.00 | GUSTO 6semjn36q7n ICD 791799 6semk0p4l0q Interactive Health Ben 040224 |
| 04/02 | 5,097.35 | AMERICAN FUNDS 000002000 INVESTMENT IRK133014240327 INTERACTIVE HEALTH BEN 040224 |
| 04/02 | 5,850.00 | 5/3 ONLINE PYMT TO SECURITYME- ACCT XXX4594 |
| 04/03 | 620.00 | GUSTO 6semjn37kgg FEE 818704 6semk0pkidr Interactive Health Ben 040324 |
| 04/03 | 51,133.10 | OUTGOING WIRE TRANS 040324 |



## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 04/08 | 13,130.22 | AMEX EPAYMENT AM ACH PMT A0998 CHRISTINE COVERT 040824 |
| 04/09 | 51.57 | GUSTO 6semjn3e9bl TAX 036661 6semk0r2ej5 Interactive Health Ben 040924 |
| 04/10 | 38.99 | WEB INITIATED PAYMENT AT PAYPAL INST XFER WSJ BAR MW 041024 |
| 04/10 | 14,947.14 | GUSTO 6semjn3gsqj TAX 122131 6semk0rd5pb Interactive Health Ben 041024 |
| 04/10 | 21,680.36 | GUSTO 6semjn3gsqk NET 122132 6semk0rd5pa Interactive Health Ben 041024 |
| 04/10 | 85.50 | SERVICE CHARGE |
| 04/11 | 714.95 | GUSTO 6semjn3hiqo TAX 144664 6semk0rm4gu Interactive Health Ben 041124 |
| 04/11 | 729.45 | GUSTO 6semjn3hiqo TAX 144664 6semk0rm26m Interactive Health Ben 041124 |
| 04/11 | 854.80 | GUSTO 6semjn3hilj NET 144499 6semk0rm4gt Interactive Health Ben 041124 |
| 04/11 | 885.30 | GUSTO 6semjn3hilj NET 144499 6semk0rm26l Interactive Health Ben 041124 |
| 04/11 | 3,822.00 | GUSTO 6semjn3hh39 CND 142889 6semk0rngmk Interactive Health Ben 041124 |
| 04/11 | 5,973.75 | GUSTO 6semjn3hi2h CND 143889 6semk0rngmt Interactive Health Ben 041124 |
| 04/11 | 32,206.56 | GUSTO 6semjn3hiqo TAX 144664 6semk0rkac8 Interactive Health Ben 041124 |
| 04/11 | 70,333.69 | GUSTO 6semjn3hiqq NET 144666 6semk0rkac7 Interactive Health Ben 041124 |
| 04/15 | 10,505.57 | AMERICAN FUNDS 000002000 INVESTMENT IRK133014240411 INTERACTIVE HEALTH BEN 041524 |
| 04/17 | 156.57 | WEB INITIATED PAYMENT AT CONSUMERS ENERGY ENERGYBILL 103038228575 041724 |
| 04/17 | 600,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX4126 REF # 01002633657 |
| 04/22 | 4.10 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 5.49 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 5.98 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 6.93 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 8.92 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 18.98 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 22.81 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 25.35 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 34.93 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 43.24 | WEB INITIATED PAYMENT AT PAYPAL INST XFER UBER 042224 |
| 04/22 | 59.99 | WEB INITIATED PAYMENT AT PAYPAL INST XFER LINKEDIN 042224 |
| 04/22 | 463.92 | AMEX EPAYMENT AM ACH PMT A7982 CHRISTINE COVERT 042224 |
| 04/25 | 1,273.00 | GUSTO 6semjn3t8ef TAX 527247 6semk0vi61n Interactive Health Ben 042524 |
| 04/25 | 3,586.43 | GUSTO 6semjn3t8eg NET 527248 6semk0vi61m Interactive Health Ben 042524 |
| 04/25 | 20,735.71 | GUSTO 6semjn3tens TAX 533692 6semk0v0m8p Interactive Health Ben 042524 |
| 04/25 | 43,430.91 | GUSTO 6semjn3t8fe NET 527278 6semk0v0m8o Interactive Health Ben 042524 |
| 04/26 | 149.00 | WEB INITIATED PAYMENT AT HOOTSUITE INC. IAT PAYPAL 1033981262927 042624 |
| 04/26 | 795.70 | UNITED GRPW PREM 2404250738194 G000B45M - Interactive 042624 |
| 04/26 | 14,070.00 | ZIGO & ASSOCIATE SALE INTERACTIVE HEALTH BEN 042624 |
| 04/29 | 5,879.06 | AMERICAN FUNDS 000002000 INVESTMENT IRK133014240424 INTERACTIVE HEALTH BEN 042924 |
| 04/29 | 10,642.00 | MI Business Tax Payment SMIBUS010924868 zigodan 042924 |
| 04/30 | 3,939.00 | GUSTO 6semjn42jrg CND 702768 6semk1143p0 Interactive Health Ben 043024 |
| 04/30 | 6,041.25 | GUSTO 6semjn42jrg CND 702768 6semk1143p1 Interactive Health Ben 043024 |

## Deposits / Credits

82 items totaling $1,310,612.39

| Date | Amount | Description |
|---|---|---|
| 04/03 | 4,025.00 | GoForward Inc. Receivable 016WRXHGK3AOF7J ACA Track 016WRXHGK3AOF7J GoForward Inc. Bill.com Inv INV-004415 040324 |
| 04/04 | 1,182.35 | NCL CORPORATION 04/03/24 13:00 PAYMENT OTR6045988/117 INTERACTIVE HEALTH BEN INV-0045171182.35 040424 |
| 04/04 | 1,523.20 | STRIPE TRANSFER ST-Z5B4P3H0F1H0 INTERACTIVE HEALTH BEN 040424 |
| 04/05 | 266.00 | SentiLink Corp Bill.com 016HPUWYH3AS2F0 Interactive Health Ben SentiLink Corp Bill.com 016HPUWYH3AS2F0 Inv INV-004465 040524 |
| 04/05 | 1,275.50 | Memoir Inc (dba Receivable 016GRKLPX3ASGL5 ACA Track 016GRKLPX3ASGL5 Memoir Inc (dba Bill.com Inv INV-004462 040524 |
| 04/05 | 2,751.50 | Chegg Inc Payment 77537561 ACA TRACK LLC. 040524 |
| 04/05 | 3,297.63 | STRIPE TRANSFER ST-F4I8O3I6S8K2 INTERACTIVE HEALTH BEN 040524 |
| 04/05 | 3,768.50 | Ambi Robotics, I Receivable 016OUBYFP3ASGL6 ACA Track 016OUBYFP3ASGL6 Ambi Robotics, I Bill.com Inv INV-004457 040524 |
| 04/05 | 6,737.50 | NANOMETRICS INC 110033302 110033302 ACA TRACK 040524 |
| 04/08 | 753.50 | Karat EDI EDI PYMNTS 106308074891022 Interactive Health Ben 040824 |
| 04/08 | 6,777.00 | Navis LP EDI EDI PYMNTS 107206074870606 Interactive Health Ben 040824 |



FIFTH THIRD BANK
(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 4/1/2024 - 4/30/2024
Account Type: 5/3 BUS ELITE CKG
Account Number: ▇▇▇▇9485

Banking Center: Haggerty & Pontiac
Banking Center Phone: 248-624-8999
Business Banking Support: 877-534-2264

INTERACTIVE HEALTH BENEFITS
LLC DBA ACA TRACK LLC
3776 SLEETH RD
COMMERCE TOWNSHIP MI
48382-1670

0

22327

## Deposits / Credits - continued

| Date | Amount | Description |
|---|---|---|
| 04/09 | 475.00 | BenchlinFBZ4HPTW Benchling 021000020163239 Interactive Health Ben NTE*ZZZ*Benchling 114X9T INV-004448 ZIP 040924 |
| 04/09 | 3,474.40 | CRETE CARRIER VOUCHERCTX 464238992 INTERACTIVE HEAL 040924 |
| 04/09 | 20,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX4126 REF # 01000116470 |
| 04/10 | 1,598.00 | Socure Inc 1001167008 AB-TRGA7LX 2697829 Interactive Health Ben 041024 |
| 04/11 | 135.00 | AGNC MORTGAGE MA DIRECT-PAY 69997680 ACA TRACK LLC 041124 |
| 04/11 | 906.00 | RapidSOS Inc INV004455 Interactive Health Ben RapidSOS Inc PAYING BILL INV004455 VIA RAMP 041124 |
| 04/11 | 1,143.50 | Azenta, Inc. PAYMENTS 58786 INTERACTIVE HEAL 041124 |
| 04/11 | 2,591.50 | HireArt INV004431 Interactive Health Ben HireArt PAYING BILL INV004431 VIA RAMP 041124 |
| 04/11 | 2,776.00 | MNTN INC DISBU 8187698287 PREFUND ACA TRACK INV-004461 041124 |
| 04/11 | 22,241.00 | DEPOSIT |
| 04/11 | 15,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX4126 REF # 01000760888 |
| 04/11 | 1,442.50 | INCOMING WIRE TRANS 041124 |
| 04/12 | 368.50 | AIRWALLEX 0432be48-2b3f-43b6-8 Grafana 4N Interactive Health Ben Grafana 4N3RTN INV-004530 ZIP 041224 |
| 04/12 | 1,082.00 | EXCONCEPT CHECK PAYMENTS 900000006903298 ACA TRACK 041224 |
| 04/12 | 1,248.00 | ART INSTITUTE 0000051671 VENDOR INTERACTIVE HEA LTH BEN 1000000000000 *INV#INV-004521*ART INSTITUTE OF CHICAGO*10-APR-2024 041224 |
| 04/12 | 1,750.00 | AAA NCNU 00000000000000020652 PAYMENT S010198 INTERACTIVE HEALTH BEN INV-004456 041224 |
| 04/12 | 3,050.30 | CLARA Analytics, Receivable 016EOWLQK3B21MS ACA Track 016EOWLQK3B21MS CLARA Analytics, Bill.com Inv INV-004495 041224 |
| 04/12 | 3,555.00 | FREENOME HOLDING PAYMENTS 900000006884011 ACA TRACK LLC 041224 |
| 04/12 | 5,217.80 | ServiceTitan, In EDI EDI PYMNTS 10240507 ACA Track 041224 |
| 04/12 | 12,197.25 | UFHEALTH PMD PAYMENT 9700001309 ACATrackLLC.Receivable 041224 |
| 04/15 | 5.53 | STRIPE TRANSFER ST-S1K5Y6J8R8B1 INTERACTIVE HEALTH BEN 041524 |
| 04/15 | 147.00 | MEDINA CITY SCHO ACHPAYMENT 204284 ACA TRACK LLC. 041524 |
| 04/15 | 422.50 | KARIUS, INC. DIRECT-PAY 70249694 ACA Track LLC 041524 |
| 04/15 | 1,198.40 | TakeOne Network 1001174994 AB-AJPPX7V 2718167 Interactive Health Ben 041524 |
| 04/15 | 3,074.00 | Tactivos Inc Receivable 016XUHKT13B425G ACA Track 016XUHKT13B425G Tactivos Inc Bill.com Inv INV-004464 041524 |
| 04/15 | 480.00 | INCOMING WIRE TRANS 041524 |
| 04/15 | 2,707.00 | INCOMING WIRE TRANS 041524 |
| 04/16 | 70.00 | Stride Health In Receivable 016AMTOUB3B61UW ACA Track 016AMTOUB3B61UW Stride Health In Bill.com Inv INV-004447 041624 |
| 04/16 | 136.50 | GREAT WESTERN MA NUFACTURING CO INC VoucherPmt 35 ACA Track LLC 041624 |
| 04/16 | 187.95 | DR. REDDY'S LAB CTD ACH0002712105 PAYMENT ACA TRACK INTERACTIVE 0039000001582025 041624 |
| 04/16 | 456.00 | PP189HEALTH&WEL PAYMENTS ACA TRACK INTERACTIVE HEALTH BEN RMR*4547 041624 |
| 04/16 | 1,412.80 | Vivun Inc. Receivable 016QYQZIU3B61UX ACA Track 016QYQZIU3B61UX Vivun Inc. Bill.com Inv INV-004473 041624 |
| 04/16 | 1,951.00 | TD WILLIAMSON TRADE PAY V116589 INTERACTIVE HEALTH BEN 041624 |
| 04/16 | 960,000.00 | INCOMING WIRE TRANS 041624 |
| 04/17 | 26.50 | Kleiner Perkins Receivable 016LCRBDQ3B7T4U ACA Track 016LCRBDQ3B7T4U Kleiner Perkins Bill.com Inv INV-004441 041724 |
| 04/17 | 210.89 | STRIPE TRANSFER ST-L8F0S0N2Y8V9 INTERACTIVE HEALTH BEN 041724 |
| 04/17 | 248.70 | 10X GENOMICS, IN CORP PMT 40518 INTERACTIVE HEAL 041724 |
| 04/17 | 2,230.00 | Coalition, Inc. EDI Coupa Pay 10327218 Interactive Health Ben NTE*OBI*Coupa Pay 234-1920 Coalition Inc Tmate 041724 |
| 04/17 | 3,250.00 | INCOMING WIRE TRANS 041724 |
| 04/18 | 406.00 | Pender Memorial AP PAYMENT 50 - 24238 ACA TRACK LLC 041824 |



## Deposits / Credits - continued

| Date | Amount | Description |
|---|---|---|
| 04/18 | 3,162.00 | Navan, Inc. PAYMENT 136456 Interactive Health Ben 041824 |
| 04/18 | 3,774.10 | ATLASSIAN US, IN 275006 45387 INTERACTIVE HEALTH BEN RMR*IK*/POP -FIFTH THIRD BANK-0724054 RMR*IK*55--7914709485-INV-004515 041824 |
| 04/18 | 3,976.90 | Headspace Inc 1001179727 AB-TZZV22U 2733589 Interactive Health Ben 041824 |
| 04/18 | 26,224.40 | ALLIANT INSURANC Cashflow36 016TRWRQL3B9ERX ACA Track ALLIANT INSURANCE SERVICES, INC. Cashflow360 016TRWRQL3B9ERX Acct Bill.com - 0418 |
| 04/19 | 63.00 | MORRISON&FOERSTE CORP PMT 3051273 INTERACTIVE HEALTH BEN 041924 |
| 04/19 | 412.80 | MANITOWOC INC PAYMENTS 2000050051 Interactive Heal 041924 |
| 04/19 | 531.50 | ALLIANT INSURANC Cashflow36 016YIITJB3BBCBR Interactive Health Ben ALLIANT INSURANCE SERVICES, INC. Cashflow360 016YIITJB3BBCBR Acct Ni |
| 04/19 | 685.00 | Corcept Inc. PAYMENT 3705 ACA Track LLC 041924 |
| 04/19 | 988.20 | PHI HEALTH LLC PAYMENT PV3-052341-2024 ACA TRACK LLC 041924 |
| 04/19 | 1,689.00 | DEGREED, INC PAYMENTS 900000006963869 ACA Track, LLC 041924 |
| 04/19 | 2,399.60 | ArtsyInc EDI EDI PYMNTS 106315075989808 Interactive Health Ben 041924 |
| 04/19 | 12,970.00 | DEPOSIT |
| 04/22 | 0.44 | GOOGLE ACCTVERIFY US0040CXIL 042224 |
| 04/22 | 119.70 | Typeform US LLC EDI EDI PYMNTS 103777076080330 ACA Track 042224 |
| 04/23 | 6.65 | GUSTO 4023 TAX 487311 6semk0uv4m6 Interactive Health Ben 042324 |
| 04/23 | 222.75 | ALLIANT INSURANC Cashflow36 016HTZHNV3BEZAC ACA Track ALLIANT INSURANCE SERVICES, INC. Cashflow360 016HTZHNV3BEZAC Acct Mizuho Ort 0423 |
| 04/24 | 2,239.20 | ASPHALT GREEN, I ACH Pmt 11129443303 ACA TRACK, LLC INV-004559 042424 |
| 04/24 | 2,344.50 | ASANA, INC. EDI Coupa Pay 10379851 Interactive Health Ben NTE*OBI*Coupa Pay 821-13419 ASANA INC Tmate 042424 |
| 04/24 | 5,284.20 | SPENCER GIFTS BATCH 0000125273 ACA TRACK 042424 |
| 04/24 | 6,530.10 | CTGA ACCOUNTS PA ACA ACA TRACK 4491 042424 |
| 04/25 | 58.60 | GUAYAKI SUSTAINA DIRECT-PAY 71146923 Interactive Heal 042524 |
| 04/25 | 91.65 | STRIPE TRANSFER ST-S1R9C3J0J0Y6 INTERACTIVE HEALTH BEN 042524 |
| 04/25 | 1,560.00 | FAEGRE DRINKER B ACA ACA Interactive Health Ben Invoice INV-004586 042524 |
| 04/25 | 12,239.45 | DEPOSIT |
| 04/25 | 28,643.30 | Zendesk, Inc. PAYMENTS 000120671 ACA TRACK 042524 |
| 04/25 | 32,708.80 | NovantHealth, In EDI EDI PYMNTS 1209468 ACA TRACK LLC 042524 |
| 04/26 | 4.55 | STRIPE TRANSFER ST-N1Y3F3I2W3M5 INTERACTIVE HEALTH BEN 042624 |
| 04/29 | 43.50 | PHDATA, INC. INV-004438 ACA Track, LLC 042924 |
| 04/30 | 646.90 | Honor Technology EDI Coupa Pay 10467868 Interactive Health Ben NTE*OBI*Coupa Pay 359-2893 Honor Technology Inc Tmate 043024 |
| 04/30 | 1,002.65 | STRIPE TRANSFER ST-M2E6D5W3I3H4 INTERACTIVE HEALTH BEN 043024 |
| 04/30 | 48,758.75 | AIRWALLEX 73239f5f-1322-4b2d-9 Sequoia UP Interactive Health Ben Sequoia UP5745 INV-004833 ZIP 043024 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01 | 165,343.83 | 04/11 | 39,991.68 | 04/22 | 492,365.16 |
| 04/02 | 153,196.48 | 04/12 | 68,460.53 | 04/23 | 490,728.06 |
| 04/03 | 105,468.38 | 04/15 | 65,989.39 | 04/24 | 507,126.06 |
| 04/04 | 108,173.93 | 04/16 | 1,030,203.64 | 04/25 | 513,401.81 |
| 04/05 | 126,270.56 | 04/17 | 435,663.16 | 04/26 | 498,391.66 |
| 04/08 | 120,670.84 | 04/18 | 473,206.56 | 04/29 | 481,914.10 |
| 04/09 | 144,430.67 | 04/19 | 492,945.66 | 04/30 | 522,342.15 |
| 04/10 | 109,276.68 | | | | |

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS & CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.



FIFTH THIRD BANK
(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

INTERACTIVE HEALTH BENEFITS
LLC DBA ACA TRACK LLC
3776 SLEETH RD
COMMERCE TOWNSHIP MI
48382 1670



0

22354

Statement Period Date: 4/1/2024  4/30/2024
Account Type: BUS MONEY MARKET
Account Number: ▮▮▮▮4126

Banking Center: Beck Road
Banking Center Phone: 248-624-4534
Business Banking Support: 877-534 2264

## Account Summary - ▮▮▮▮4126

| | | | | | |
|---|---|---|---|---|---|
| 04/01 | Beginning Balance | $61,954.90 | Interest Earned | | $2.60 |
| | Checks | | Number of Days in Period | | 30 |
| 2 | Withdrawals / Debits | $(35,000.00) | Annual Percentage Yield Earned | | 0.01% |
| 2 | Deposits / Credits | $600,002.60 | Interest Earned YTD | | $18.00 |
| 04/30 | Ending Balance | $626,957.50 | Prior Year Interest | | $153.70 |

### Withdrawals / Debits
2 items totaling $35,000.00

| Date | Amount | Description |
|---|---|---|
| 04/09 | 20,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9485 REF # 01000116470 |
| 04/11 | 15,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9485 REF # 01000760888 |

### Deposits / Credits
2 items totaling $600,002.60

| Date | Amount | Description |
|---|---|---|
| 04/17 | 600,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX9485 REF # 01002633657 |
| 04/30 | 2.60 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/09 | 41,954.90 | 04/17 | 626,954.90 | 04/30 | 626,957.50 |
| 04/11 | 26,954.90 | | | | |

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS & CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.



This page intentionally left blank.

# Interactive Health Benefits
## Reconciliation Detail
### 10300 · Savings, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 61,954.90 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/09/2024 | | Transfer 9485 | X | 20,000.00 | 20,000.00 |
| Check | 04/11/2024 | | Transfer 9485 | X | -15,000.00 | -35,000.00 |
| Total Checks and Payments | | | | | -35,000.00 | 35,000.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 04/17/2024 | | Transfer 4126 | X | 600,000.00 | 600,000.00 |
| Deposit | 04/30/2024 | | | X | 2.60 | 600,002.60 |
| Total Deposits and Credits | | | | | 600,002.60 | 600,002.60 |
| Total Cleared Transactions | | | | | 565,002.60 | 565,002.60 |
| Cleared Balance | | | | | 565,002.60 | 626,957.50 |
| Register Balance as of 04/30/2024 | | | | | 565,002.60 | 626,957.50 |
| **Ending Balance** | | | | | 565,002.60 | 626,957.50 |

# Interactive Health Benefits
## Reconciliation Detail
### 10200 · Bank, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 65,989.39 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 28 items** | | | | | | |
| Check | 04/17/2024 | | Transfer 4126 | X | 600,000.00 | 600,000.00 |
| Check | 04/17/2024 | 9325 | Wilson Rode PLLC | X | -350.00 | -600,350.00 |
| Check | 04/17/2024 | | Consumers Energy | X | -156.57 | 600,506.57 |
| Check | 04/22/2024 | | American Express 5... | X | -463.92 | 600,970.49 |
| Check | 04/22/2024 | | Linkedin | X | 59.99 | 601,030.48 |
| Check | 04/22/2024 | | Uber | X | -43.24 | 601,073.72 |
| Check | 04/22/2024 | | Uber | X | 34.93 | 601,108.65 |
| Check | 04/22/2024 | | Uber | X | -25.35 | 601,134.00 |
| Check | 04/22/2024 | | Uber | X | 22.81 | 601,156.81 |
| Check | 04/22/2024 | | Uber | X | 18.98 | 601,175.79 |
| Check | 04/22/2024 | | Uber | X | -8.92 | -601,184.71 |
| Check | 04/22/2024 | | Uber | X | 6.93 | 601,191.64 |
| Check | 04/22/2024 | | Uber | X | 5.98 | 601,197.62 |
| Check | 04/22/2024 | | Uber | X | 5.49 | 601,203.11 |
| Check | 04/22/2024 | | Uber | X | 4.10 | -601,207.21 |
| Check | 04/23/2024 | 9326 | Private Suite Holdings | X | -1,241.50 | -602,448.71 |
| Check | 04/23/2024 | 9323 | Taulia Inc | X | -625.00 | 603,073.71 |
| Check | 04/25/2024 | | Gusto Net | X | 43,430.91 | -646,504.62 |
| Check | 04/25/2024 | | Gusto Tax | X | 20,735.71 | -667,240.33 |
| Check | 04/25/2024 | | Gusto Net | X | 3,586.43 | -670,826.76 |
| Check | 04/25/2024 | | Gusto Tax | X | -1,273.00 | -672,099.76 |
| Check | 04/26/2024 | | Zigo & Associates | X | -14,070.00 | -686,169.76 |
| Check | 04/26/2024 | | United GRPW Prem | X | -795.70 | -686,965.46 |
| Check | 04/26/2024 | | Hootsuite | X | -149.00 | -687,114.46 |
| Check | 04/29/2024 | | MI Business Tax | X | -10,642.00 | -697,756.46 |
| Check | 04/29/2024 | | American Funds | X | -5,879.06 | 703,635.52 |
| Check | 04/30/2024 | | Catherine Ottesen | X | 6,041.25 | -709,676.77 |
| Check | 04/30/2024 | | Govan Systems Inc. | X | 3,939.00 | -713,615.77 |
| **Total Checks and Payments** | | | | | -713,615.77 | -713,615.77 |
| **Deposits and Credits - 14 items** | | | | | | |
| Deposit | 04/15/2024 | | | X | 210.89 | 210.89 |
| Deposit | 04/15/2024 | | | X | 11,591.70 | 11,802.59 |
| Deposit | 04/16/2024 | | | X | 964,214.25 | 976,016.84 |
| Deposit | 04/17/2024 | | | X | 1,378.30 | 977,395.14 |
| Deposit | 04/17/2024 | | | X | 5,755.20 | 983,150.34 |
| Deposit | 04/18/2024 | | | X | 37,543.40 | 1,020,693.74 |
| Deposit | 04/19/2024 | | | X | 6,769.10 | 1,027,462.84 |
| Deposit | 04/22/2024 | | | X | 120.14 | 1,027,582.98 |
| Deposit | 04/23/2024 | | | X | 229.40 | 1,027,812.38 |
| Deposit | 04/24/2024 | | | X | 16,398.00 | 1,044,210.38 |
| Deposit | 04/25/2024 | | | X | 75,301.80 | 1,119,512.18 |
| Deposit | 04/26/2024 | | | X | 4.55 | 1,119,516.73 |
| Deposit | 04/29/2024 | | | X | 43.50 | 1,119,560.23 |
| Deposit | 04/30/2024 | | | X | 50,408.30 | 1,169,968.53 |
| **Total Deposits and Credits** | | | | | 1,169,968.53 | 1,169,968.53 |
| **Total Cleared Transactions** | | | | | 456,352.76 | 456,352.76 |
| **Cleared Balance** | | | | | 456,352.76 | 522,342.15 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 04/25/2024 | 1013 | Franchise Tax Board | | -902.00 | 902.00 |
| Check | 04/25/2024 | 949 | Franchise Tax Board | | -800.00 | -1,702.00 |
| **Total Checks and Payments** | | | | | 1,702.00 | -1,702.00 |

# Interactive Health Benefits
## Reconciliation Detail
### 10200 · Bank, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 04/30/2024 | | | | 13.29 | 13.29 |
| Total Deposits and Credits | | | | | 13.29 | 13.29 |
| Total Uncleared Transactions | | | | | 1,688.71 | 1,688.71 |
| Register Balance as of 04/30/2024 | | | | | 454,664.05 | 520,653.44 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 05/03/2024 | | Deevita LLC | | 11,339.50 | -11,339.50 |
| Check | 05/03/2024 | | Gusto ICD (Arindam... | | 1,200.00 | 12,539.50 |
| Check | 05/03/2024 | | Gusto Fee | | -540.00 | 13,079.50 |
| Check | 05/10/2024 | | Catherine Ottesen | | -6,581.25 | -19,660.75 |
| Check | 05/10/2024 | | Govan Systems Inc. | | 3,880.50 | -23,541.25 |
| Check | 05/10/2024 | | Envision HR | | 2,762.50 | -26,303.75 |
| Total Checks and Payments | | | | | -26,303.75 | 26,303.75 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 05/01/2024 | | | | 5,825.91 | 5,825.91 |
| Deposit | 05/02/2024 | | | | 6,153.92 | 11,979.83 |
| Deposit | 05/03/2024 | | | | 29.10 | 12,008.93 |
| Total Deposits and Credits | | | | | 12,008.93 | 12,008.93 |
| Total New Transactions | | | | | -14,294.82 | -14,294.82 |
| **Ending Balance** | | | | | 440,369.23 | 506,358.62 |

# Interactive Health Benefits
## Cash Disbursements April 16-30

| Date | Num | Name | Split | Credit |
|---|---|---|---|---:|
| 04/25/2024 | | Gusto Net | 10000 · Petty Cash | 43,430.91 |
| 04/25/2024 | | Gusto Net | 10000 · Petty Cash | 3,586.43 |
| 04/29/2024 | | American Funds | 23000 · 401K | 5,879.06 |
| 04/22/2024 | | American Express 5-13000 | 23030 · American Express 13000 | 463.92 |
| 04/25/2024 | | Gusto Tax | 23400 · Payroll Liabilities | 20,735.71 |
| 04/25/2024 | | Gusto Tax | 23400 · Payroll Liabilities | 1,273.00 |
| 04/17/2024 | | Consumers Energy | 39100 · Member Drawings | 156.57 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 43.24 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 34.93 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 25.35 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 22.81 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 18.98 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 8.92 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 6.93 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 5.98 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 5.49 |
| 04/22/2024 | | Uber | 39100 · Member Drawings | 4.10 |
| 04/23/2024 | 9326 | Private Suite Holdings | 40000 · Service Income | 1,241.50 |
| 04/23/2024 | 9323 | Taulia Inc | 40000 · Service Income | 625.00 |
| 04/30/2024 | | Govan Systems Inc. | 59175 · Computer Production Cost Exp | 3,939.00 |
| 04/30/2024 | | Catherine Ottesen | 59200 · Production Outside Services | 6,041.25 |
| 04/17/2024 | 9325 | Wilson Rode PLLC | 68500 · Professional Fees | 350.00 |
| 04/26/2024 | | Zigo & Associates | 68500 · Professional Fees | 14,070.00 |
| 04/26/2024 | | United GRPW Prem | C65000 · Employee Benefits and Pensions | 795.70 |
| 04/25/2024 | 949 | Franchise Tax Board | F71500 · Other Taxes | 800.00 |
| 04/25/2024 | 1013 | Franchise Tax Board | F71500 Other Taxes | 902.00 |
| 04/29/2024 | | MI Business Tax | F71500 · Other Taxes | 10,642.00 |
| 04/26/2024 | | Hootsuite | O60000 · Advertising | 149.00 |
| 04/22/2024 | | Linkedin | O60000 · Advertising | 59.99 |
| **Total Disbursements** | | | | **115,317.77** |
| **Total Draws** | | | | **333.30** |
| **Total Disbursements Expenses** | | | | **114,984.47** |

# Interactive Health Benefits
## Deposit Detail
### April 16 - 30, 2024

| Date | Name | Account | Amount |
|---|---|---|---|
| 04/16/2024 | Covert | 39100 · Member Drawings | (960,000.00) |
| 04/16/2024 | TD Williamson Trade | 40000 · Service Income | (1,951.00) |
| 04/16/2024 | Vivun Inc | 40000 · Service Income | (1,412.80) |
| 04/16/2024 | PP189Health&Well | 40000 · Service Income | (456.00) |
| 04/16/2024 | Dr Reddy | 40000 · Service Income | (187.95) |
| 04/16/2024 | Great Western Mfg | 40000 · Service Income | (136.50) |
| 04/16/2024 | Stride Health | 40000 · Service Income | (70.00) |
| 04/17/2024 | EJ2 Communications Inc | 40000 · Service Income | (3,250.00) |
| 04/17/2024 | Coalition Inc. | 40000 · Service Income | (2,230.00) |
| 04/17/2024 | 10x Genomics, Inc | 40000 · Service Income | (248.70) |
| 04/17/2024 | Kleiner Perkins | 40000 · Service Income | (26.50) |
| 04/17/2024 | Silicon Valley Mechanical Inc | 40000 · Service Income | (1,378.30) |
| 04/18/2024 | Alliant Insurance Svcs | 40000 · Service Income | (26,224.40) |
| 04/18/2024 | Headspace Inc | 40000 · Service Income | (3,976.90) |
| 04/18/2024 | Atlassian Inc | 40000 · Service Income | (3,774.10) |
| 04/18/2024 | Navan Inc | 40000 · Service Income | (3,162.00) |
| 04/18/2024 | Pender Memorial | 40000 · Service Income | (406.00) |
| 04/19/2024 | ArtsyInc | 40000 · Service Income | (2,399.60) |
| 04/19/2024 | Degreed Inc | 40000 · Service Income | (1,689.00) |
| 04/19/2024 | PHI Inc | 40000 · Service Income | (988.20) |
| 04/19/2024 | Corcept Inc | 40000 · Service Income | (685.00) |
| 04/19/2024 | Alliant Insurance Svcs | 40000 · Service Income | (531.50) |
| 04/19/2024 | Manitowoc Inc | 40000 · Service Income | (412.80) |
| 04/19/2024 | Morrison & Foerste Corp | 40000 · Service Income | (63.00) |
| 04/22/2024 | Typeform USA | 40000 · Service Income | (119.70) |
| 04/22/2024 | Google Acct Verify | P62000 · Bank Service Charges | (0.44) |
| 04/23/2024 | Alliant Insurance Svcs | 40000 · Service Income | (222.75) |
| 04/23/2024 | Gusto Tax | 23400 Payroll Liabilities | (6.65) |
| 04/24/2024 | CTGA | 40000 · Service Income | (6,530.10) |
| 04/24/2024 | Spencer Gifts | 40000 · Service Income | (5,284.20) |
| 04/24/2024 | Asana Inc | 40000 · Service Income | (2,344.50) |
| 04/24/2024 | Asphalt Green, Inc | 40000 · Service Income | (2,239.20) |
| 04/25/2024 | Novan Health, Inc | 40000 Service Income | (32,708.80) |
| 04/25/2024 | Zendesk Payment | 40000 · Service Income | (28,643.30) |
| 04/25/2024 | Faegre Drinker | 40000 · Service Income | (1,560.00) |
| 04/25/2024 | Haku App Corp | 40000 · Service Income | (22.50) |
| 04/25/2024 | Guayaki Sustaina | 40000 Service Income | (58.60) |
| 04/25/2024 | Stripe | P62000 · Bank Service Charges | 0.95 |
| 04/25/2024 | Ambi Robotics | 40000 Service Income | (72.50) |
| 04/25/2024 | Stripe | P62000 · Bank Service Charges | 2.40 |
| 04/25/2024 | Bank Disc | P62000 · Bank Service Charges | 10.00 |
| 04/25/2024 | Fine Swine | 40000 Service Income | (459.00) |
| 04/25/2024 | Green Planet 21 Inc | 40000 · Service Income | (285.00) |
| 04/25/2024 | JetSplash LLC | 40000 Service Income | (4,081.20) |
| 04/25/2024 | Therapy Tree PLLC | 40000 · Service Income | (5,776.00) |

# Interactive Health Benefits
## Deposit Detail
### April 16 - 30, 2024

| Date | Name | Account | Amount |
|---|---|---|---|
| 04/25/2024 | Webcor Construction LP | 40000 Service Income | (510.00) |
| 04/25/2024 | Chinchester School District | 40000 · Service Income | (1,138.25) |
| 04/26/2024 | Project People US Inc | 40000 · Service Income | (5.00) |
| 04/26/2024 | Stride Health | P62000 · Bank Service Charges | 0.45 |
| 04/29/2024 | PHData Inc | 40000 · Service Income | (43.50) |
| 04/30/2024 | honor Technology | 40000 · Service Income | (646.90) |
| 04/30/2024 | Arnold Construction Co, Inc | 40000 Service Income | (1,032.90) |
| 04/30/2024 | Airwallex Sequoia | 40000 · Service Income | (48,758.75) |
| 04/30/2024 | Stripe | P62000 Bank Service Charges | 30.25 |
| 04/30/2024 | Interest | 90200 · Interest Income | (2.60) |
| 04/30/2024 | Omaha Productions | 40000 Service Income | (14.00) |
| 04/30/2024 | Stripe | P62000 · Bank Service Charges | 0.71 |
| **Total Deposits** | | | **(1,158,181.83)** |
| **Total Capital Contributions** | | | **(960,000.00)** |
| **Total Revenue** | | | **(198,181.83)** |